No. 3353. — Sucn. José A. Quiñones, Aplte., *v.* Sucn. Cándida Quiñones, Apldas. — C. D. Mayagüez. Petición de herencia. Julio 9, 1924. Existiendo la presunción de que la sentencia apelada es correcta, no apareciendo de los autos

ni de la moción para que se exima a los peticionarios de los efectos de nuestra resolución de junio 10, 1924 (pág. 320), ni del llamado affidavit de méritos que dicha moción haya sido notificada a la parte contraria, y no habiéndose demostrado que la apelación tenga algún mérito o posibilidad de prosperar, *se declara* sin lugar la moción.